No. 85–5311.   SCOTT *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 85–5312.   WEEMPE *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 85–5318.   SIMON *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 85–5331.   HARTFORD *v.* ARIZONA.   Ct. App. Ariz.   Certiorari denied.

No. 84–1543.   PITTSBURGH & LAKE ERIE RAILROAD CO. *v.* HUMPHRIES.   Super. Ct. Pa.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 84–2013.   DUQUESNE LIGHT CO. ET AL. *v.* INTERNATIONAL UNION, UNITED MINE WORKERS OF AMERICA, ET AL. C. A. 3d Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 85–52.   HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. *v.* ABINGTON MEMORIAL HOSPITAL ET AL. C. A. 3d Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 85–53.   HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* HUMANA OF AURORA, INC., DBA AURORA COMMUNITY HOSPITAL.   C. A. 10th Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 84–1559.   UNITED VAN LINES, INC. *v.* HUNTER ET AL. C. A. 9th Cir.   Motion of American Movers Conference for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 84–1796.   FOLGER COFFEE CO. *v.* INDIAN COFFEE CORP. C. A. 3d Cir.   Certiorari denied.   JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 84–6742.   BAILEY ET AL. *v.* BUCKEYE CELLULOSE CORP. C. A. 11th Cir.   Certiorari denied.   JUSTICE POWELL took no part in the consideration or decision of this petition.